Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ROMAN ZAMORA

vs

NISSAN NORTH AMERICA, INC.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 1125 BTM JMA**

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM                                Tel: (714) 516-2700
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                            6/24/08
CLERK                                             DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)