ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

LAW OFFICE OF MICHAEL E. LINDSEY
MICHAEL E. LINDSEY, State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
Tel: (858) 270-7000
E-mail: mlindsey@nethere.com

Attorneys for Plaintiff Roman Zamora

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN ZAMORA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　　　　Defendant. | Case No. 08 CV 1125 BTM (JMA)<br><br>HON. BARRY TED MOSKOWITZ<br>Courtroom 15<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: June 24, 2008<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

///

///

- 2 -

1  PLEASE TAKE NOTICE THAT attorney Martin W. Anderson hereby
2  makes his appearance in the case.  This Notice of Appearance in order to ensure
3  that he receives Notices of Electronic Filing for documents that are E-Filed in this
4  case.
5  DATED: July 1, 2008

        ANDERSON LAW FIRM
        MARTIN W. ANDERSON
        MICHAEL E. LINDSEY

        By: _____
           MARTIN W. ANDERSON
        Attorneys for Plaintiff Roman Zamora

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700