BOWMAN AND BROOKE LLP
Gregory P. Gilmer (SBN: 212067)
H. Franklin Hostetler, III (SBN: 147046)
Carmen L. Ponce (SBN: 221908)
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Telephone: (310) 768-3068
Facsimile: (310) 719-1019
E-Mail: gregory.gilmer@bowmanandbrooke.com

Attorneys for Defendant NISSAN NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN ZAMORA,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | CASE NO.: 3:08-CV-01125-BTM-JMA<br><br>Assigned to: Hon. Barry T. Moskowitz<br><br>**NOTICE AND CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed:  June 24, 2008<br>Trial Date:    None |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The undersigned, counsel of record for Nissan North America, Inc., hereby certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

   1.   Plaintiff, Roman Zamora
/ / /
/ / /
/ / /

2. Nissan North America, Inc. is a defendant in this litigation and, accordingly, has a financial interest in its outcome.

DATED: July 28, 2008                             BOWMAN AND BROOKE LLP


By: _____
Gregory P. Gilmer
H. Franklin Hostetler, III
Carmen L. Ponce
Attorneys for Defendant
NISSAN NORTH AMERICA, INC.