UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN ZAMORA, | Case No. 08-CV-1125-BTM (JMA) |
| Plaintiff, | **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

The Court convened an Early Neutral Evaluation Conference on September 9, 2008 at 10:00 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **October 3, 2008** at **9:30 a.m.**  Counsel for each party shall participate in the conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 9, 2008

　　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

08cv1125